## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

COBBLER NEVADA, LLC,
a California limited liability company

---

## MONTHLY STATUS REPORT

---

COMES NOW Cobbler Nevada, LLC, ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 15-cv-01897:** Plaintiff had Defendant Greer served on March 22, 2016, an affidavit of service was submitted to the court on March 30, 2016. A Recommendation was issued on July 6, 2016 [DKT. #67] All of the remaining defendants were dismissed without prejudice.

**Civil Action No. 16-cv-00598:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on March 24, 2016.

**Civil Action No. 16-cv-01170:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on May 31, 2016.

Respectfully submitted this 11th day of July, 2016.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-440
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com
ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 11, 2016, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

By: <u>/s/ Maegan Stevens</u>
Maegan M. Stevens, Paralegal
Brown & Kannady, LLC